

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00452-CR

Dimetric Dashon **GONZALEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR9594
Honorable Jefferson Moore, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED September 30, 2015.

_____
Karen Angelini, Justice